## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | | |
|---|---|---|
| IN RE: | ENRIQUE REYES, JR. & | Case No.: 4:15-bk-10882 |
| | ELIZABETH D. REYES | CHAPTER 13 |
| | DEBTORS | |

### NOTICE OF OPPORTUNITY TO OBJECT TO
### MODIFIED PLAN BEFORE CONFIRMATION

You are hereby notified that the captioned debtors have filed the attached modification to the plan pursuant to 11 U.S.C. § 1329 or 11 U.S.C. § 1323 and Rule 3019 of the Federal Rules of Bankruptcy Procedure.  Objections to confirmation of the plan as modified must be filed with the Bankruptcy Court at 300 W. 2nd St., Little Rock, AR 72201, in writing within 21 days from the date of this notice, with copies to the attorney for the debtors and to Mark McCarty, Chapter 13 Trustee, P.O. Box 5006, North Little Rock, AR 72119.

If objections to the plan as modified are filed, they will be set for hearing by subsequent notice.  If no objections are received, the plan as modified may be confirmed without further notice or hearing.

Honey Law Firm, P.A.
PO Box 1254
Hot Springs, AR 71902
(501) 321-1007 - Phone
(501) 321-1255 – Fax
mhubbard@honeylawfirm.com

Date:  June 23, 2015

*/s/Wm. Marshall Hubbard*
**Wm. Marshall Hubbard (2011285)**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing Notice and attached Modification of Plan have been mailed to:

| | |
|---|---|
| Mark T. McCarty, Ch 13 Trustee | Internal Revenue Service |
| By ECF | PO Box 7346 |
| | Philadelphia, PA 19101-7346 |
| | |
| Dept. of Finance and Administration | U.S. Attorney, Eastern District |
| Legal Division, Rm 208 | P.O. Box 1229 |
| PO Box 1272 | Little Rock, AR 72203 |
| Little Rock, AR 72203 | |
| | |
| Employment Security Division | U.S. Trustee |
| Legal Department | 200 W. Capitol, Ste 1200 |
| PO Box 2981 | Little Rock, AR 72201-3618 |
| Little Rock, AR 72203 | |

and to all creditors whose names appear on the attached creditor matrix.

*/s/Wm. Marshall Hubbard*
**Wm. Marshall Hubbard (2011285)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

IN RE:      **ENRIQUE REYES, JR. &**         **Case No.: 4:15-bk-10882**
                **ELIZABETH D. REYES**         **CHAPTER 13**
                **DEBTORS**

**MODIFICATION OF CHAPTER 13 PLAN BEFORE CONFIRMATION**

      Come now the debtors by and through their attorneys, Honey Law Firm, P.A., and for their modification to the original or modified Chapter 13 plan states:

1.  **PAYMENT TO TRUSTEE:** Debtor proposes to pay **$1,645.00** per month to the Trustee.

     **[**Indicate how often the debtor is paid by checking the appropriate box below:]
          ( ) Weekly; ( ) Bi-weekly; ( ) Semi-Monthly; (XX) Monthly; or ( ) Other:
          If Other, please specify below:

     The "BASE," or minimum amount to be paid into the Plan for the debtor to complete the Plan and be entitled to a discharge, shall be calculated as follows:

| | |
|---|---|
| The SUM of the amount actually paid into the Plan as of the date of this modification: | $2,775.00 |
| PLUS the amounts proposed to be paid pursuant to this modified Plan, which is $1,645.00 per month over the remaining **56** months: | $92,120.00 |
| For a **TOTAL BASE** of: | $94,895.00 |

2.  **PLAN LENGTH** shall remain the same to **60** months.

     The debtor shall pay all disposable income into the plan for the applicable commitment period (unless unsecured creditors are paid 100%). In no case shall the plan length exceed 60 months. Length may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund the plan in order to carry out the provisions of the plan as set for below.

3.  **UNSECURED CREDITORS** are to be paid a **PRO RATA** dividend.

     **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4.  **MODIFIED TREATEMENT OF EXISTING CREDITORS:**

     The following changes are to be made to each creditor as set out below:

| Creditor Name | Change in Treatment/Classification |
|---|---|
| United States Treasury [Claim #3] | The priority claim for 2011-2013 income taxes in the amount of **$29.44** shall be paid in full in accordance with 11 U.S.C. § 1322(a)(2). |

| | |
|---|---|
| Shellpoint Mortgage Servicing [Claim #20] | Debtors are currently pursuing a home loan modification. Thus, the secured claim on the mortgage arrearage in the amount of **$109,378.56** shall not receive any further disbursements pending the final determination of the pending loan modification.  In the event the loan modification is denied, within 21 days of receipt of the denial letter, debtors shall modify their plan to include the arrearage owed or surrender their interest in the property.  In the event the loan modification is accepted, within 21 days of the acceptance letter the debtors shall file a motion seeking Court approval. |

5.   Unsecured Creditors shall be paid at least as much as they would receive under Chapter 7.

6.   All other provisions as set forth in the last **PROPOSED** shall remain the same.

Respectfully Submitted,

Honey Law Firm, P.A.
PO Box 1254
Hot Springs, AR 71902
(501) 321-1007 - Phone
(501) 321-1255 – Fax
mhubbard@honeylawfirm.com

Date:  June 23, 2015               */s/Wm. Marshall Hubbard_____*
                                    **Wm. Marshall Hubbard (2011285)**